UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MARIA FLORES, by and through her guardian, Josie Clark,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No.:  15cv836-GPC (DHB)<br><br>**ORDER GRANTING JOINT MOTION FOR ADDITIONAL TIME TO ALLOW PARTIES TO DESIGNATE ADDITIONAL EXPERT**<br><br>**[ECF No. 11]** |
|---|---|

  On April 4, 2016, the parties filed a Joint Motion for Additional Time to Allow Parties to Designate an Additional Expert. (ECF No. 11.)  Good cause appearing, IT IS HEREBY ORDERED that the joint motion is GRANTED.  The October 26, 2015 Scheduling Order is hereby amended as follows:

  1. The parties may designate an expert in cardiology/heart no later than **April 22, 2016**.

  2. The parties shall comply with the expert disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure by **May 20, 2016**.

  3. Any party shall supplement its expert disclosures regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) and 26(e) by **June 10, 2016**.

  4. All discovery shall be completed by all parties by **July 15, 2016**.

  5. All pretrial motions must be filed by **July 29, 2016**.

6. All other deadlines and requirements outlined in the Court's October 26, 2015 Scheduling Order remain in effect. *See* ECF No. 10.

IT IS SO ORDERED.

Dated: April 4, 2016

Hon. David H. Bartick
United States Magistrate Judge